**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| IN RE<br>EX PARTE APPLICATION<br>OF GENERAL RETIREMENT AND<br>SOCIAL INSURANCE AUTHORITY<br>FOR JUDICIAL ASSISTANCE TO<br>OBTAIN DISCOVERY FOR USE<br>IN FOREIGN PROCEEDINGS<br>PURSUANT TO 28 U.S.C. § 1782 | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO.: 7:24-MC-00002 (WLS) |

**ORDER**

Before the Court is Mark E. Williams and Wellspring Capital Group, Inc.'s ("the Wellspring Parties") Motion to Stay Proceedings Pending Appeal to the Eleventh Circuit (Doc. 31) ("Motion to Stay"). On July 30, 2026, the Court entered an Order (Doc. 29) denying the Wellspring Parties' Motion to Vacate and to Quash Subpoena (Doc. 15) and requiring that on or before August 19, 2026, Thomasville National Bank, the subpoenaed party, comply with such subpoena and produce documents responsive to the request. The Wellspring Parties have appealed the July 30, 2026 Order, and request the Court stay the July 30, 2026 Order pending resolution of their appeal.

Based on the foregoing, it is hereby **ORDERED** that:

1. On or before close of business on **Wednesday, August 12, 2026**, the Petitioner General Retirement and Social Insurance Authority ("GRSIA") shall file its response to the Motion to Stay.

2. On or before close of business on **Friday, August 14, 2026**, the Wellspring Parties may file a reply, if any, to GRSIA's response.

3. An **in-person** hearing on the Motion to Stay shall be held at the United States District Court for the Middle District of Georgia, at the C.B. King United States Courthouse, 201 W. Broad Avenue, Albany, Georgia, 31701, on **Tuesday, August 18, 2026 at 11:00 a.m.**

4. The Court's July 30, 2026 Order is stayed pending the Court's ruling on the Motion to Stay.

**SO ORDERED**, this 7th day of August 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**