**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| IN RE | : | |
| EX PARTE APPLICATION | : | |
| OF GENERAL RETIREMENT AND | : | |
| SOCIAL INSURANCE AUTHORITY | : | |
| FOR JUDICIAL ASSISTANCE TO | : | CASE NO.: 7:24-MC-00002-WLS |
| OBTAIN DISCOVERY FOR USE | : | |
| IN FOREIGN PROCEEDINGS | : | |
| PURSUANT TO 28 U.S.C. § 1782 | : | |
| | : | |
| ______________________________ | : | |

**ORDER**

It has come to the Court's attention that the parties have been addressing substantive matters to the courtroom deputy via email. The parties are reminded that any such communications are improper and should be directed to the Court by formal written notice or motion on the docket for the Court's consideration.

**SO ORDERED**, this 1st day of September, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**