**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| IN RE<br>EX PARTE APPLICATION<br>OF GENERAL RETIREMENT AND<br>SOCIAL INSURANCE AUTHORITY<br>FOR JUDICIAL ASSISTANCE TO<br>OBTAIN DISCOVERY FOR USE<br>IN FOREIGN PROCEEDINGS<br>PURSUANT TO 28 U.S.C. § 1782 | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO.: 7:24-MC-00002-WLS |

**ORDER**

Before the Court is Intervenors Mark E. Williams and Wellspring Capital Group Inc.'s (collectively, the "Wellspring Parties") Motion to Seal. (Doc. 44.) In the motion, the Wellspring Parties move the Court to temporarily seal portions of their Motion to Extend Thomasville National Bank's Subpoena Compliance Deadline. (Doc. 43.) The Wellspring Parties state that "the redacted portions of their Motion to Extend contain information that is protected from disclosure by the rules and procedures of the Grand Court of the Cayman Islands. Indeed, the Grand Court only permitted the redacted information to be shared with the Court subject to such confidentiality restrictions." (Doc. 44 at 1.) The Wellspring Parties request only that the Motion to Extend be temporarily sealed because the information contained therein "will eventually become publicly accessible and therefore subject to unsealing." (*Id.* at 2.)

After reviewing the Motion to Seal, the Court finds good cause exists to permit the Motion to Extend to be filed under seal. *See Romervo v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007). Accordingly, the Motion to Seal, (Doc. 44), is **GRANTED**. When the Wellspring Parties' unredacted Motion to Extend Thomasville National Bank's Subpoena Compliance Deadline is filed, the Clerk of Court is **DIRECTED** to docket the Motion under seal to be made available only to the parties' counsel and the Court. The motion shall remain sealed until further order of the Court. The Wellspring Parties shall promptly notify the Court

when the material is no longer subject to the confidentiality restrictions imposed by the Grand Court of the Cayman Islands.

**SO ORDERED**, this 3rd day of September, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**