**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| IN RE<br>EX PARTE APPLICATION<br>OF GENERAL RETIREMENT AND<br>SOCIAL INSURANCE AUTHORITY<br>FOR JUDICIAL ASSISTANCE TO<br>OBTAIN DISCOVERY FOR USE<br>IN FOREIGN PROCEEDINGS<br>PURSUANT TO 28 U.S.C. § 1782 | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO.: 7:24-MC-00002-WLS |

**ORDER**

Intervenors Mark E. Williams and Wellspring Capital Group Inc.'s (collectively, the "Wellspring Parties") move to extend Thomasville National Bank's ("TNB") subpoena compliance deadline by fourteen days. (Doc. 43.) Because the subpoena compliance deadline is currently set for September 18, 2026, the Court finds an expedited briefing schedule necessary. Applicant General Retirement and Social Insurance Authority ("GRSIA") may file a response to the Wellspring Parties' Motion to Extend, (Doc. 43), no later than **seven days** after the Wellspring Parties file their unredacted Motion to Extend under seal. No reply will be permitted.

**SO ORDERED**, this 3rd day of September, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**