**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| IN RE<br>EX PARTE APPLICATION<br>OF GENERAL RETIREMENT AND<br>SOCIAL INSURANCE AUTHORITY<br>FOR JUDICIAL ASSISTANCE TO<br>OBTAIN DISCOVERY FOR USE<br>IN FOREIGN PROCEEDINGS<br>PURSUANT TO 28 U.S.C. § 1782 | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO.: 7:24-MC-00002-WLS |

**ORDER**

Before the Court is Petitioner General Retirement and Social Insurance Authority's ("GRSIA") motion to seal. (Doc. 49.)

On September 10, 2026, GRSIA filed a redacted version of its response to Intervenors Mark E. Williams and Wellspring Capital Group Inc.'s (the "Wellspring Parties") motion to extend Thomasville National Bank's ("TNB") subpoena compliance deadline. (Doc. 48.) GRSIA also provided the Clerk of Court with an unredacted version of their response. GRSIA moves the court to temporarily seal the portions of its response, (Doc. 48), "that reference non-public information from proceedings pending before the Grand Court of the Cayman Islands." (Doc. 49 at 1.) As the Wellspring Parties have previously informed the Court, the Grand Court of the Cayman Islands has permitted the redacted information to be shared with the Court only if it is filed under seal. (*Id.* at 2.) Indeed, the Court has previously determined that good causes warranted temporarily sealing this information when it granted the Wellspring Parties' motion to seal portions of their motion to extend TNB's subpoena compliance deadline. (Doc. 45.)

After reviewing the motion to seal, the Court finds good cause exists to permit GRSIA's response to be filed under seal. *See Romervo v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007). Accordingly, the Motion to Seal, (Doc. 49), is **GRANTED**. The Clerk of Court is **DIRECTED** to docket GRSIA's unredacted response to the Wellspring Parties'

motion to extend TNB's subpoena compliance deadline to be made available only to the parties' counsel and the Court. The motion shall remain sealed until further order of the Court. GRSIA shall promptly notify the Court when the material is no longer subject to the confidentiality restrictions imposed by the Grand Court of the Cayman Islands.

**SO ORDERED**, this 11th day of September, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**